**Electronically Filed
Supreme Court
SCWC-28243
19-APR-2011
02:22 PM**

SCWC-28243

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ALLSTATE INSURANCE COMPANY,
Respondent/Plaintiff-Appellee/Cross-Appellant,

vs.

ALBERTO A. F. SILVA,
Petitioner/Defendant-Appellant/Cross-Appellee,

and

BRIAN E. PONCE, et. al.,
Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIVIL NO. 98-502)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, J., for the court[1])

The Application for Writ of Certiorari filed on

March 9, 2011 by Alberto A. F. Silva, Petitioner/Defendant-

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna JJ.

Appellant/Cross-Appellee, is hereby rejected.

DATED: Honolulu, Hawaiʻi, April 19, 2011.

FOR THE COURT:

/s/ Sabrina S. McKenna

Associate Justice



Phillip L. Carey, for
Petitioner/Defendant-Appellant/
Cross-Appellee, Alberto A. F. Silva